## RICHARD MONTGOMERY WRITE v. JOSHUA McGEE, Administrator d. b. n. of Caleb Baldy.

Supreme Court. October, 1807.

*Wells' Notebook, 354.*

*Horsey, Wells* and *Robinson* for plaintiff, and *Vandyke* and *Cooper* for defendant.

In order to support an account against the guardian of the plaintiff, a bond was produced signed by the guardian and his security in conformity to 1 Del.Laws 421. There were no witnesses. Upon its being objected to, it was withdrawn, and the docket of the Orphans' Court read to show the appointment of a guardian. Afterwards a book was produced containing an account against the supposed guardian. It was objected to on the ground that, no security being given, there was no guardian authorized to receive payment, and any payment made without security being given was void under 1 Del.Laws 421.

PER CURIAM, the Court refused the book. And the defendant took a bill of exceptions.

Verdict for plaintiff, $480.40.

Before the Court of Appeals the defendant settled the debt, and a writ of error was not taken out, etc.